FILED
CHARLOTTE, NC

OCT 0 4 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07MJ50

| | |
|---|---|
| IN RE: SEIZURE OF THE FUNDS IN FIRST CHARTER BANK, etc. )))) | ORDER TO UNSEAL FILE, FILE REDACTED AFFIDAVIT, AND SEAL UNREDACTED AFFIDAVIT |

On the government's motion to unseal the file, file a redacted affidavit, and seal the unredacted affidavit only, for the reason stated in the government's motion,

IT IS ORDERED that the Clerk shall unseal the file, file the redacted affidavit, and seal the unredacted version of the affidavit until further order of the Court.

Signed this the 4th day of October, 2007.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE